1002

[No. 24380-6-II.  Division Two.  August 18, 2000.]
ROBERT W. DARMS, JR., ET AL., *Appellants*, v. BUNCE RENTAL, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-12618-1, Sergio Armijo, J., entered January 22, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24467-5-II.  Division Two.  August 18, 2000.]
OVERHULSE NEIGHBORHOOD ASSOCIATION, *Appellant*, v. THURSTON COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-02351-9, Richard D. Hicks, J., entered February 19, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24685-6-II.  Division Two.  August 18, 2000.]
TARIQ AHMED, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-03079-7, Daniel J. Berschauer, J., entered May 10, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 24769-1-II.  Division Two.  August 18, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA ANN HECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00843-6, Richard L. Brosey, J., entered May 20, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.